JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES F. CODDIE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JOHN SUTTON, Warden,<br><br>　　　　　Respondent. | Case No. CV 16-09404-PA (KES)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

　　IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: <u>December 28, 2016</u>

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　KAREN E. SCOTT
　　　　　　　　　　　　　　　　United States Magistrate Judge